SKANEATELES WATERWORKS CO., Appellant, v. VILLAGE OF SKANEATELES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by the Skaneateles Waterworks Company against the village of Skaneateles and another. No opinion. Judgment affirmed, with costs. Syracuse Water Co. v. City of Syracuse, 116 N. Y. 167, 22 N. E. 381; In re City of Brooklyn, 143 N. Y. 596, 38 N. E. 983; Warsaw Waterworks Co. v. Village of Warsaw, 16 App. Div. 502, 44 N. Y. Supp. 876; Colby University v. Village of Canandaigua, 69 Fed. 671; Canan-

daigua Waterworks Co. v. Village of Canandaigua, 90 Hun, 605, 35 N. Y. Supp. 1104 See 53 N. Y. Supp. 1115.